IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 05-20108-01-Ma |
| | ) | |
| ALFRED JAMISON, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER ON CHANGE OF PLEA

This cause came on to be heard on November 23, 2005, the United States Attorney for this district appearing for the Government and the defendant, Alfred Jamison, appearing in person and with appointed counsel, Ms. Doris Randle-Holt.

With leave of the Court, the defendant entered a plea of guilty to Count 1 of the Indictment. Plea colloquy was held and the Court accepted the guilty plea.

Sentencing in this matter is set for **Friday, February 24, 2006 at 1:30 p.m.**

The defendant is remanded to the custody of the United States Marshal.

**ENTERED** this the 29th day of November, 2005.

SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 27 in case 2:05-CR-20108 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Stephanie Zander Johnson
U S ATTORNEY'S OFFICE
167 N. Main St
Ste 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT